**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CARLOS JORGE, on behalf of himself and all others similarly situated,

      Plaintiffs,

- against -

STUART WEITZMAN RETAIL STORES, LLC,

      Defendants.

------------------------------------x

Case No.: 17 cv 9191 (VSB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: February 28, 2018

_/s/ Daniel Cohen_
Daniel C. Cohen

**DANIEL COHEN, PLLC**
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Tel: (646) 645-8482
E-mail: dan@dccohen.com

*Attorneys for Plaintiff*

_/s/ Shira M. Blank_
Joshua A. Stein
Shira M. Blank

**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

SO ORDERED:

_/s/ Vernon Broderick_
Vernon S. Broderick
United States District Judge

Date: 3/6/2018

16